UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SUSAN MARSA,

                Plaintiff,

    -vs-

WYETH, WYETH PHARMACEUTICALS INC.,
WYETH-AYERST PHARMACEUTICALS, INC.
and WYETH PHARMACEUTICALS,

                Defendants.
------------------------------------------------------------------X

NOTICE OF APPEARANCE

07 CIV 7786
Judge DennyChin

To the Clerk of the court and all parties of record:

Enter my appearance in this case for the plaintiff SUSAN MARSA.

I certify that I am admitted to practice in this court.

September 6, 2007

                                      _____
                                      ELEANOR L. POLIMENI, ESQ. (EP-8687)
                                      of FINKELSTEIN & PARTNERS, LLP
                                      436 Robinson Avenue
                                      Newburgh, N.Y. 12550
                                      Phone: (800) 634-1212
                                      Fax: 845-562-3492
                                      E-mail: epolimeni@lawampm.com