```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/07
```

CHIN/T

F&P File #246949-06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
SUSAN MARSA,

                Plaintiff,

        -against-

WYETH, WYETH PHARMACEUTICALS INC.,
WYETH-AYERST PHARMACEUTICALS, INC.
and WYETH PHARMACEUTICALS,

                Defendants.
----------------------------------------------------------x

NOTICE OF
DISMISSAL

07 Civ. 7786 (DC/GWG)

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that Plaintiff SUSAN MARSA dismisses this action without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated: September 20, 2007

                      FINKELSTEIN & PARTNERS, LLP
                      Attorneys for Plaintiff
                      436 Robinson Avenue
                      Newburgh, New York 12550
                      (866) 909-8678

                      By: _____
                          ELEANOR L. POLIMENI
                          (EP 8687)

TO:   WYETH
       WYETH PHARMACEUTICALS INC.
       WYETH-AYERST PHARMACEUTICALS, INC.
       WYETH PHARMACEUTICALS
       Defendants
       Five Giralda Farms
       Madison, New Jersey 07940

SO ORDERED

_____
U.S.D.J.

9/24/07

## CERTIFICATE OF SERVICE

I hereby certify that, on September 20, 2007, a true and correct copy of the within Notice of Dismissal was mailed to the last known address of each of the addressees listed below:

WYETH
Five Giralda Farms
Madison, New Jersey 07940

WYETH PHARMACEUTICALS INC.
Five Giralda Farms
Madison, New Jersey 07940

WYETH-AYERST PHARMACEUTICALS, INC.
Five Giralda Farms
Madison, New Jersey 07940

WYETH PHARMACEUTICALS
Five Giralda Farms
Madison, New Jersey 07940

Dated: September 20, 2007

ELEANOR L. POLIMENI
(EP 8687)