CLOSED, ECF

# U.S. District Court
# United States District Court for the Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:07-cv-07786-DC
# Internal Use Only

Marsa v. Wyeth et al
Assigned to: Judge Denny Chin
Demand: $9,999,000
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 09/04/2007
Date Terminated: 09/24/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

Susan Marsa        represented by   Andrew G. Finkelstein
                                    Finkelstein & Partners, LLP
                                    436 Robinson Avenue
                                    Newburgh, NY 12550
                                    (866) 909-8678
                                    *LEAD ATTORNEY*
                                    *ATTORNEY TO BE NOTICED*

                                    Eleanor Louise Polimeni
                                    Finkelstein & Partners, LLP
                                    436 Robinson Ave.
                                    Newburgh, NY 12550
                                    845-563-9421
                                    Fax: 845-562-3492
                                    Email: epolimeni@lawampm.com

                                    *ATTORNEY TO BE NOTICED*

V.

**Defendant**

Wyeth

**Defendant**

Wyeth Pharmaceuticals, Inc.

**Defendant**

Wyeth-Ayerst Pharmaceuticals, Inc.

**Defendant**

Wyeth Pharmaceuticals

| Date Filed | # | Docket Text |
|---|---|---|
| 09/04/2007 | 1 | COMPLAINT against Wyeth, Wyeth Pharmaceuticals, Inc., Wyeth-Ayerst Pharmaceuticals, Inc., Wyeth Pharmaceuticals. (Filing Fee $ 350.00, Receipt Number 625990)Document filed by Susan Marsa.(tro) Additional attachment(s) added on 9/5/2007 (Rivera, Jazmin). (Entered: 09/05/2007) |
| 09/04/2007 |  | SUMMONS ISSUED as to Wyeth, Wyeth Pharmaceuticals, Inc., Wyeth-Ayerst Pharmaceuticals, Inc., Wyeth Pharmaceuticals. (tro) (Entered: 09/05/2007) |
| 09/04/2007 |  | Magistrate Judge Gabriel W. Gorenstein is so designated. (tro) (Entered: 09/05/2007) |
| 09/04/2007 |  | Case Designated ECF. (tro) (Entered: 09/05/2007) |
| 09/06/2007 | 2 | NOTICE OF APPEARANCE by Eleanor Louise Polimeni on behalf of Susan Marsa (Polimeni, Eleanor) (Entered: 09/06/2007) |
| 09/20/2007 | 3 | NOTICE of dismissal without prejudice pursuant to FRCP 41(a)(1)(i). Document filed by Susan Marsa. (Polimeni, Eleanor) (Entered: 09/20/2007) |
| 09/24/2007 | 4 | NOTICE of Dismissal; that plaintiff dismisses this action |

| | | |
|---|---|---|
| | | without prejudice pursuant to Rule 41(a)(1)(i) of the F.R.C.P. (Signed by Judge Denny Chin on 9/24/07) (pl) (Entered: 09/24/2007) |
| 09/24/2007 | 🌀 | (Court only) ***Civil Case Terminated.*** (pl) (Entered: 09/24/2007) |

A CERTIFIED COPY
J. MICHAEL McMAHON,                CLERK

BY _____
                     DEPUTY CLERK