JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 14 2007

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: PREMPRO PRODUCTS LIABILITY LITIGATION
Susan Marsa v. Wyeth, et al., S.D. New York,  )
C.A. No. 1:07-7786                              )        MDL No. 1507

## ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Marsa*) on September 28, 2007. In the absence of any opposition, the conditional transfer order was finalized with respect to *Marsa* on October 16, 2007. The Panel has now been advised that *Marsa* was dismissed in the Southern District of New York by the Honorable Denny Chin pursuant to an order filed on September 24, 2007.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-115" filed on September 28, 2007, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel